THERESA PALMISANO v. FRANK EHRIG.

Jan. 14, 1980.   Petition for certification denied.   (See 171 *N.J.Super.* 310)

STATE OF NEW JERSEY v. CHESTER ZAMORSKY.

Jan. 14, 1980.   Petitions for certification denied.   (See 170 *N.J.Super.* 198)

STATE OF NEW JERSEY v. A. AVRAM APTER.

Jan. 14, 1980.   Petition for certification denied.

BOROUGH OF MOUNT EPHRAIM v. JAMES F. SCHAD.

Jan. 14, 1980.   Petition for certification denied.

NEW JERSEY SPORTS & EXPOSITION AUTHORITY v. THE BOROUGH OF EAST RUTHERFORD.

Jan. 14, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. ANN DEL GUIDICE.

Jan. 14, 1980.   Petition for certification denied.